**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-2033EM

Glenn Harris, a minor, by his mother      *
and next friend Shirlene Washington;      *
Shirlene Washington,                       *
                                     *     Appeal from the United States
                Appellants,      *     District Court for the Eastern
                                     *     District of Missouri.
    v.                          *
                                     *        [UNPUBLISHED]
Michelle Mascroft; Trina Rogers,          *
                                     *
                Appellees.      *

_____

Submitted: December 8, 1997
Filed: December 16, 1997

_____

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Shirlene Washington, individually and as next friend for Glenn Harris, appeals the rulings of the district court following an adverse jury verdict in this personal injury diversity action. After de novo review, we are satisfied the district court correctly applied state law and the record supports the district court's rulings. We also conclude a comprehensive opinion in this diversity case would lack precedential value. We thus affirm on the basis of the district court's rulings without further discussion. See 8th Cir.

R. 47B.  We also deny Washington's motion to strike a portion of Michelle Mascroft's brief.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.